

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FEB 0 2 2022

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 1:22-CR 15 |
| JASON BRANDON CHAMBLISS | § § | Judge: Crone – Hawthorn |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 922(g)(1)
(Possession of a Firearm by a Prohibited Person)

On or about July 25, 2021, in the Eastern District of Texas, **Jason Brandon Chambliss**, defendant, did knowingly and unlawfully possess in and affecting interstate or foreign commerce, a firearm, to wit: ROMARM/CUGIR, GP WASR 10/63, 7.62mm rifle, bearing serial number 1972EG4586, while knowing that he had been convicted of a crime or crimes punishable by imprisonment for a term exceeding one year.

All in violation of 18 U.S.C. Section 922(g)(1).

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

**Firearms Forfeiture Allegation**
(18 U.S.C. § 924(d)(1) & 28 U.S.C. § 2461(c))

1.     The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section

2461(c).

2. Upon conviction of the offense in violation of Title 18 U.S.C. Section 922(g)(1) set forth in Count One of this Indictment, the defendant, **Jason Brandon Chambliss** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense including, but not limited to:

  a. a ROMARM/CUGIR, GP WASR 10/63, 7.62mm rifle, bearing serial number 1972EG4586, and any associated ammunition and magazines.

3. If any of the property, as a result of any act or omission of the defendant:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. §2461(c).

A TRUE BILL

_____
GRAND JURY FOREPERSON

BRIT FEATHERSTON
UNITED STATES ATTORNEY

_____
JONATHAN C. LEE
Assistant United States Attorney

__2/2/2022_____
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| v. | § | NO. 1:22-CR 15 |
| | § § | |
| JASON BRANDON CHAMBLISS | § | |

## NOTICE OF PENALTY

### Count One

Violation:  18 U.S.C. § 922(g)(1)

Penalty:  Imprisonment of not more than ten (10) years; a fine not to exceed $250,000, or twice the pecuniary gain to the defendant or loss to the victim; or both imprisonment and a fine; and a term of supervised release of not more than three (3) years.

Special Assessment: $ 100.00

Notice of Penalty-Page 1